UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WIETOSZKO, ANDRZEJ § Case No. 11-01683
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_, for a total compensation of $ \_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_, and now requests reimbursement for expenses of $ \_\_\_\_, for total expenses of $ \_\_\_\_ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg, Trustee_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 11-01683 Doc 40 Filed 06/19/12 Entered 06/19/12 11:46:02 Desc Main
Document Page 3 of 9

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 11-01683 MB Judge: MANUEL BARBOSA  
Case Name: WIETOSZKO, ANDRZEJ  
For Period Ending: 05/07/12

Trustee Name: Elizabeth C. Berg, Trustee  
Date Filed (f) or Converted (c): 01/17/11 (f)  
341(a) Meeting Date: 03/07/11  
Claims Bar Date: 08/18/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. residence located at 127 Tay River Drive, Carpente | 115,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant lot located at 1182 S. Gale Court, Dell Pra | 10,000.00 | 24,590.60 | | 26,500.00 | FA |
| 3. cash | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking account with Chase Bank | 600.00 | 0.00 | | 0.00 | FA |
| 5. 3 bedrooms sets, 2 televisions, 1 dvd player, dini | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. personal clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. 2002 Honda Accord | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2008 Toyota Tundra | 15,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.24 | Unknown |

TOTALS (Excluding Unknown Values) $143,850.00 $24,590.60 $26,500.24

Gross Value of Remaining Assets $0.00  
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to the Court's order dated October 27, 2011, Trustee sold the Estate's interest in a vacant lot located in Wiscosin at a private sale on November 4, 2011. Upon closing of the sale of real property, Trustee collected gross proceeds of $26,500.00; Trustee has reviewed claims; Trustee retained an accountant to prepare Estate tax returns; Trustee filed tax returns; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 05/01/12   Current Projected Date of Final Report (TFR): 05/01/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-01683 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | WIETOSZKO, ANDRZEJ | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4332  Money Market Account |
| Taxpayer ID No: | *******4600 | | | |
| For Period Ending: | 05/07/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/11 | 2 | Wisconsin River Title Consultants, Inc. 115 West Conant Street Portage WI 53901 | Net proceeds of sale received from Wisconsin River Title for 11/4/11 closing on sale of Gale St. vacant lot. | | 21,484.57 | | 21,484.57 |
| | | WISCONSIN RIVER TITLE CONSULTANTS, | Memo Amount:          26,500.00 Sale of Dell Prairie WI Vacant Lot | 1110-000 | | | |
| | | ADAMS CTY TREASURER | Memo Amount:     (        668.90 ) 2010 Delinquent RE Taxes | 4700-000 | | | |
| | | FIRST WEBER | Memo Amount:     (      3,295.00 ) RE Brokerage Comm. ($3000) and exp | 3510-000 | | | |
| | | ADAMS CTY TREASURER | Memo Amount:     (        492.03 ) 2011 RE Taxes Prorations | 4700-000 | | | |
| | | WISCONSIN RIVER TITLE CONSULTANTS | Memo Amount:     (        559.50 ) Other Title Fees and Closing Costs | 2500-000 | | | |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 21,484.65 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 12.36 | 21,472.29 |
| 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 21,472.45 |
| 12/29/11 | | Transfer to Acct #*******2632 | Bank Funds Transfer | 9999-000 | | 21,472.45 | 0.00 |

|  |  |  | Account *******4332 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | Deposits | 21,484.57 | 0 | Checks | 0.00 |
| | | | 2 | Interest Postings | 0.24 | 1 | Adjustments Out | 12.36 |
| Memo Allocation Receipts: | 26,500.00 | | | | | 1 | Transfers Out | 21,472.45 |
| Memo Allocation Disbursements: | 5,015.43 | | | Subtotal | $ 21,484.81 | | | |
| | | | | | | | Total | $ 21,484.81 |
| Memo Allocation Net: | 21,484.57 | | 0 | Adjustments In | 0.00 | | | |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $ 21,484.81 | | | |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-01683 -MB | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WIETOSZKO, ANDRZEJ | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2632 Checking Account |
| Taxpayer ID No: | *******4600 | | | |
| For Period Ending: | 05/07/12 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4332 | Bank Funds Transfer | 9999-000 | 21,472.45 | | 21,472.45 |
| 02/21/12 | 003001 | International Sureties, Ltd. | Trustee Bond Annual Premium | 2300-000 | | 29.86 | 21,442.59 |
| | | Suite 420 | Blanket Bond #016026455 | | | | |
| | | 701Poydras Street | Chicago   NDIL | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/07/12 | 003002 | Andrzej Wietoszko | Debtor's Exemption | 8100-002 | | 1,350.00 | 20,092.59 |

| | | | | | |
|---|---|---|---|---|---|
| | | Account *******2632 | Balance Forward | 0.00 | | | |
| | | | 0 Deposits | 0.00 | 2 Checks | 1,379.86 |
| | | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Receipts: | 0.00 | | Subtotal $ | 0.00 | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | | | Total $ | 1,379.86 |
| | | | 0 Adjustments In | 0.00 | | |
| Memo Allocation Net: | 0.00 | | 1 Transfers In | 21,472.45 | | |
| | | | Total $ | 21,472.45 | | |
| | | | | | | |
| | | Report Totals | Balance Forward | 0.00 | | |
| | | | 1 Deposits | 21,484.57 | 2 Checks | 1,379.86 |
| | | | 2 Interest Postings | 0.24 | 1 Adjustments Out | 12.36 |
| Total Allocation Receipts: | 26,500.00 | | | | 1 Transfers Out | 21,472.45 |
| Total Allocation Disbursements: | 5,015.43 | | Subtotal $ | 21,484.81 | | |
| | | | | | Total $ | 22,864.67 |
| Total Memo Allocation Net: | 21,484.57 | | 0 Adjustments In | 0.00 | | |
| | | | 1 Transfers In | 21,472.45 | | |
| | | | Total $ | 42,957.26 | Net Total Balance $ | 20,092.59 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 07, 2012 |

Case Number: 11-01683　　　　Claim Class Sequence
Debtor Name: WIETOSZKO, ANDRZEJ

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>3510-00 | First Weber Group<br>Attn: Margarita Dochnahl<br>PO Box 539<br>Lake Delton  WI  53940 | Administrative | | $3,295.00 | $3,295.00 | $0.00 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee | Administrative | | $42.43 | $0.00 | $42.43 |
| 001<br>3110-00 | Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $6,377.00 | $0.00 | $6,377.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Administrative | | $1,209.00 | $0.00 | $1,209.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee | Administrative | | $3,009.28 | $0.00 | $3,009.28 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701Poydras Street<br>New Orleans,  LA  70139 | Administrative | | $29.86 | $29.86 | $0.00 |
| 999<br>8200-00 | ANDRZEJ WIETOSZKO<br>127 TAY RIVER DR<br>CARPENTERSVILLE, IL  60110 | Unsecured | | $2,557.44 | $0.00 | $2,557.44 |
| 000001<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,869.69 | $0.00 | $6,869.69 |
| 050<br>4700-00 | Adams County Town of Dell Prairie<br>Audrey Jensen, Treasurer<br>1135 County Road K<br>Wisconsin Dells, WI  53965 | Secured | | $1,160.93 | $1,160.93 | $0.00 |
| 999<br>8100-00 | Andrzej Wietoszko | Secured | | $1,350.00 | $1,350.00 | $0.00 |
| | Case Totals: | | | $25,900.63 | $5,835.79 | $20,064.84 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-01683  
Case Name: WIETOSZKO, ANDRZEJ  
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Adams County Town of Dell Prairie | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Trustee Expenses: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: First Weber Group | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of     % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $     . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $     .