# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
WIETOSZKO, ANDRZEJ § Case No. 11-01683
 §
 Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
> 10:00 a.m.
> on July 26, 2012
> in Courtroom 250 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner_____
                                          Clerk of the US Bankruptcy Court

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WIETOSZKO, ANDRZEJ § Case No. 11-01683
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 26,500.24 |
| and approved disbursements of | $ 6,407.65 |
| leaving a balance on hand of[1] | $ 20,092.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | Adams County Town of Dell Prairie | $ 1,160.93 | $ 1,160.93 | $ 1,160.93 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 20,092.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 3,009.28 | $ 0.00 | $ 3,009.28 |
| Trustee Expenses: Elizabeth C. Berg, Trustee | $ 42.43 | $ 0.00 | $ 42.43 |
| Attorney for Trustee Fees: Baldi Berg & Wallace | $ 6,377.00 | $ 0.00 | $ 6,377.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 1,209.00 | $ 0.00 | $ 1,209.00 |
| Other: First Weber Group | $ 3,295.00 | $ 3,295.00 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 29.86 | $ 29.86 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $         10,637.71

Remaining Balance         $         9,454.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,869.69 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 6,869.69 | $ 0.00 | $ 6,869.69 |

Total to be paid to timely general unsecured creditors         $         6,869.69

Remaining Balance         $         2,585.19

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 27.75 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 2,557.44 .

Prepared By: /s/ Elizabeth C. Berg
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

```
                      United States Bankruptcy Court
                       Northern District of Illinois
```

In re:                                                    Case No. 11-01683-MB
Andrzej Wietoszko                                         Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: gbeemster           Page 1 of 2           Date Rcvd: Jun 20, 2012
                             Form ID: pdf006           Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2012.
```
db           +Andrzej Wietoszko,    127 Tay River Dr,   Carpentersville, IL 60110-2801
17384530      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16680989     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
16680990      Baker & Miller,    29 N. Wacker Dr  #500,   Chicago, IL 60606-2854
16680991    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:   Cap One,    Po Box 85520,   Richmond, VA  23285)
16680992    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Chase,    Po Box 1093,   Northridge, CA  91328)
16680993     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16680995     +Credit One Bank,    Po Box 98872,   Las Vegas, NV 89193-8872
16680988     +Dwight Adams & Associates,    1855 Rohlwing Rd Ste D,    Rolling Meadows, IL 60008-1474
16680996     +Fisher & Shapiro,    2121 Waukegan Road #301,    Bannockburn, IL 60015-1831
16680998     +Kane County Treasurer,    719 S. Batavia Avenue,    Geneva, IL 60134-3000
16681000     +Parkway Bank,    Attn: Susan Wilfong,    4800 N. Harlem Avenue,   Harwood Heights, IL 60706-3577
16681001     +Rnb-fields3,    3701 Wayzata Blvd,   Minneapolis, MN 55416-3401
16681002      Sears/cbsd,    133200 Smith Rd,   Cleveland, OH  44130
16953926     +T Mobile,    P O Box 742596,   Cincinnati, OH 45271-0001
16681003     +Town Of Dell Prairie,    Audrey Jensen, Treasurer,    1135 County Road K,
               Wisconsin Dells, WI 53965-8975
16681004     +Toyota Motor Credit,    1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
16681005     +Up/regionsm,    Po Box 110,   Hattiesburg, MS 39403-0110
16681006    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:   Wfds/wds,    Po Box 1697,   Winterville, NC  28590)
16680987     +Wietoszko Andrzej,    127 Tay River Drive,   Carpentersville, IL 60110-2801
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16680997     +E-mail/Text: ally@ebn.phinsolutions.com Jun 21 2012 01:14:00      G M A C,   15303 S 94th Ave,
               Orland Park, IL 60462-3825
16680999     +E-mail/Text: bankrup@nicor.com Jun 21 2012 01:11:19      Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16680994*   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Chase/wamu,    11200 W Parkland A,   Milwaukee, WI  53224)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: gbeemster             Page 2 of 2                   Date Rcvd: Jun 20, 2012
                              Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2012 at the address(es) listed below:

```
          Christopher R Murphy    on behalf of Creditor   Regions Bank dba Regions Mortgage
           cmurphy@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
          Dwight C Adams    on behalf of Debtor Andrzej Wietoszko dwightca@gmail.com,   stacy4sloan@yahoo.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,  eberg@ecf.epiqsystems.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth Berg ecberg@ameritech.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```