UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
WIETOSZKO, ANDRZEJ                    §    Case No. 11-01683
                                      §
          Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Elizabeth C. Berg, Trustee_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Andrzej Wietoszko |  |  |  |
| ANDRZEJ WIETOSZKO |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fisher & Shapiro 2121 Waukegan Road #301 Bannockburn, IL 60015 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kane County Treasurer 719 S. Batavia Avenue Geneva, IL 60134 | | | | | |
| | Town Of Dell Prairie Audrey Jensen, Treasurer 1135 County Road K Wisconsin Dells, WI 53965 | | | | | |
| | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | | | | |
| | Up/regionsm Po Box 110 Hattiesburg, MS 39403 | | | | | |
| | ADAMS COUNTY TREASURER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| BERG, ELIZABETH | | | | | |
| INTL SURETIES | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WISCONSIN RIVER TITLE CONSULTANTS | | | | | |
| Bank of America, N.A. | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| FIRST WEBER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baker & Miller 29 N. Wacker Dr #500 Chicago, IL 60606-2854 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Credit One Bank Po Box 98872 Las Vegas, NV 89193 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Parkway Bank Attn: Susan Wilfong 4800 N. Harlem Avenue Harwood Heights, IL 60706 | | | | | |
| 000001 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| | AMERICAN EXPRESS CENTURION BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-01683 MB Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WIETOSZKO, ANDRZEJ | Date Filed (f) or Converted (c): | 01/17/11 (f) |
| | | 341(a) Meeting Date: | 03/07/11 |
| For Period Ending: | 10/20/12 | Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. residence located at 127 Tay River Drive, Carpente | 115,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant lot located at 1182 S. Gale Court, Dell Pra | 10,000.00 | 24,590.60 | | 26,500.00 | FA |
| 3. cash | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking account with Chase Bank | 600.00 | 0.00 | | 0.00 | FA |
| 5. 3 bedrooms sets, 2 televisions, 1 dvd player, dini | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. personal clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7. 2002 Honda Accord | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2008 Toyota Tundra | 15,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.24 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $143,850.00 | $24,590.60 | $26,500.24 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to the Court's order dated October 27, 2011, Trustee sold the Estate's interest in a vacant lot located in

Wiscosin at a private sale on November 4, 2011. Upon closing of the sale of real property, Trustee collected gross

proceeds of $26,500.00; Trustee reviewed claims; Trustee retained an accountant to prepare Estate tax returns; Trustee

filed tax returns; Trustee prepared TFR and made final distribution in July, 2012. Will file Trustee's Distribution

Report and close case before year end.

Initial Projected Date of Final Report (TFR): 05/01/12    Current Projected Date of Final Report (TFR): 05/01/12

LFORM1    Ver: 16.05c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-01683 -MB |
| Case Name: | WIETOSZKO, ANDRZEJ |
| Taxpayer ID No: | *******4600 |
| For Period Ending: | 10/20/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4332  Money Market Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/11 | 2 | Wisconsin River Title Consultants, Inc. 115 West Conant Street Portage WI 53901 | Net proceeds of sale received from Wisconsin River Title for 11/4/11 closing on sale of Gale St. vacant lot. | | 21,484.57 | | 21,484.57 |
| | | WISCONSIN RIVER TITLE CONSULTANTS, | Memo Amount:       26,500.00 Sale of Dell Prairie WI Vacant Lot | 1110-000 | | | |
| | | ADAMS CTY TREASURER | Memo Amount:    (    668.90 ) 2010 Delinquent RE Taxes | 4700-000 | | | |
| | | FIRST WEBER | Memo Amount:    (  3,295.00 ) RE Brokerage Comm. ($3000) and exp | 3510-000 | | | |
| | | ADAMS CTY TREASURER | Memo Amount:    (    492.03 ) 2011 RE Taxes Prorations | 4700-000 | | | |
| | | WISCONSIN RIVER TITLE CONSULTANTS | Memo Amount:    (    559.50 ) Other Title Fees and Closing Costs | 2500-000 | | | |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 21,484.65 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 12.36 | 21,472.29 |
| 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 21,472.45 |
| 12/29/11 | | Transfer to Acct #*******2632 | Bank Funds Transfer | 9999-000 | | 21,472.45 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 26,500.00 | |
| Memo Allocation Disbursements: | 5,015.43 | |
| Memo Allocation Net: | 21,484.57 | |

| Account *******4332 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 21,484.57 | 0 | Checks | 0.00 |
| 2 | Interest Postings | 0.24 | 1 | Adjustments Out | 12.36 |
| | | | 1 | Transfers Out | 21,472.45 |
| | Subtotal | $ 21,484.81 | | | |
| | | | | Total | $ 21,484.81 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 21,484.81 | | | |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-01683 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WIETOSZKO, ANDRZEJ | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2632  Checking Account |
| Taxpayer ID No: | *******4600 | | |
| For Period Ending: | 10/20/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4332 | Bank Funds Transfer | 9999-000 | 21,472.45 | | 21,472.45 |
| 02/21/12 | 003001 | International Sureties, Ltd. | Trustee Bond Annual Premium | 2300-000 | | 29.86 | 21,442.59 |
| | | Suite 420 | Blanket Bond #016026455 | | | | |
| | | 701Poydras Street | Chicago   NDIL | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 05/07/12 | 003002 | Andrzej Wietoszko | Debtor's Exemption | 8100-002 | | 1,350.00 | 20,092.59 |
| 07/30/12 | 003003 | Elizabeth C. Berg, Trustee | Trustee Compensation | 2100-000 | | 3,009.28 | 17,083.31 |
| 07/30/12 | 003004 | Elizabeth C. Berg, Trustee | Trustee Expenses | 2200-000 | | 42.43 | 17,040.88 |
| 07/30/12 | 003005 | Baldi Berg & Wallace, LLC | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,377.00 | 10,663.88 |
| | | 19 S. LaSalle St.  #1500 | | | | | |
| | | Chicago  IL  60603 | | | | | |
| 07/30/12 | 003006 | Popowcer Katten Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 1,209.00 | 9,454.88 |
| | | 35 East Wacker Drive | | | | | |
| | | Sutie 1500 | | | | | |
| | | Chicago  IL  60601 | | | | | |
| 07/30/12 | 003007 | American Express Centurion Bank | Claim 000001, Payment 100.40395% | | | 6,897.44 | 2,557.44 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |
| | | | Claim          6,869.69 | 7100-000 | | | |
| | | | Interest          27.75 | 7990-000 | | | |
| 07/30/12 | 003008 | ANDRZEJ WIETOSZKO | Surplus Funds | 8200-002 | | 2,557.44 | 0.00 |
| | | 127 TAY RIVER DR | | | | | |
| | | CARPENTERSVILLE, IL  60110 | | | | | |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-01683 -MB |
| Case Name: | WIETOSZKO, ANDRZEJ |
| Taxpayer ID No: | *******4600 |
| For Period Ending: | 10/20/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2632  Checking Account |
| Blanket Bond (per case limit): | $  100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Account *******2632 | Balance Forward | 0.00 |
| 0  Deposits | 0.00 | 8  Checks  21,472.45 |
| 0  Interest Postings | 0.00 | 0  Adjustments Out  0.00 |
| | | 0  Transfers Out  0.00 |
| Subtotal | $  0.00 | |
| 0  Adjustments In | 0.00 | Total  $  21,472.45 |
| 1  Transfers In | 21,472.45 | |
| Total | $  21,472.45 | |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| | | |
|---|---|---|
| Report Totals | Balance Forward | 0.00 |
| 1  Deposits | 21,484.57 | 8  Checks  21,472.45 |
| 2  Interest Postings | 0.24 | 1  Adjustments Out  12.36 |
| | | 1  Transfers Out  21,472.45 |
| Subtotal | $  21,484.81 | |
| 0  Adjustments In | 0.00 | Total  $  42,957.26 |
| 1  Transfers In | 21,472.45 | |
| Total | $  42,957.26 | Net Total Balance  $  0.00 |

| | |
|---|---|
| Total Allocation Receipts: | 26,500.00 |
| Total Allocation Disbursements: | 5,015.43 |
| Total Memo Allocation Net: | 21,484.57 |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.05c